**624**   OCTOBER TERM, 1912.

No. 1135. THE FARMERS' LOAN & TRUST COMPANY, TRUSTEE, PETITIONER, v. FRANK W. BLAIR ET AL. June 16, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick Geller, Mr. Hinton E. Spalding* and *Mr. Edward H. Blanc* for the petitioner. *Mr. Henry M. Campbell, Mr. Hal H. Smith, Mr. Henry E. Bodman* and *Mr. Roberts Walker* for the respondent.

---

No. 1148. SILVER KING COALITION MINES COMPANY, PETITIONER, v. SILVER KING CONSOLIDATED MINING COMPANY. June 16, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William H. Dickson* for the petitioner. *Mr. Edward B. Critchlow* for the respondent.

---

No. 1151. MARGARET ALICE THROCKMORTON ET AL., PETITIONERS, v. SAMUEL T. RUGGLES, TRUSTEE, ET AL. June 16, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David K. Watson* for the petitioner. *Mr. Francis B. James* for the respondents.

---

No. 1155. THE STAR RUBBER COMPANY, PETITIONER, v. THE FAULTLESS RUBBER COMPANY. June 16, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George W. Rea* for the petitioner. No appearance for the respondent.